UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBORAH A. BROCKMEIER

    Plaintiff,

vs.                                         Case No. 1:14-cv-00154-MW-GRJ

DILLARD'S, INC.,

    Defendant.
_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

NOTICE IS HEREBY given to all parties that BRIAN J. DURHAM of UNICE SALZMAN JENSEN, P.A., will be substituting as counsel in place of JEFFREY D. JENSEN of UNICE SALZMAN JENSEN, P.A. All future notices and pleadings of whatsoever kind should be directed to BRIAN J. DURHAM, Unice Salzman Jensen, P.A., at 1815 Little Road, Trinity, Florida 34655.

Dated: January 18, 2015

                                      Respectfully submitted,

                                      s/
                                      Brian J. Durham Esquire
                                      **BRIAN J. DURHAM, ESQUIRE**
                                      Bar #0021017-E-mail: bdurham@unicesalzman.com
                                      **UNICE SALZMAN JENSEN, P.A.**
                                      Patriot Bank Building, Second Floor
                                      1815 Little Road
                                      Trinity, FL 34655
                                      Phone (727)723-3772
                                      Facsimile (727)723-1421
                                      Attorney for Plaintiff, Deborah A. Brockmeier

00241148.DOCX

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFTY** that on this 18th day of January, 2016, I electronically filed the foregoing using the CM/ECF system which will automatically send notification of such filing to the following counsel of record:

Christopher W. Deering, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
420 20th Street North, Suite 1900
Birmingham, AL 35203
christopher.deering@ogletreedeakins.com

s/ Brian J. Durham, Esquire
Attorney

00241148.DOCX