UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBORAH A. BROCKMEIER

    Plaintiff,

vs.                                             Case No. 1:14-cv-00154-MW-GRJ

DILLARD'S, INC.,

    Defendant.
_____/

## PLAINTIFF'S DEBORAH A. BROCKMEIER NOTICE OF WITHDRAWAL NOTICE OF SUBSTITUTION OF COUNSEL

**COMES NOW,** Defendant, Deborah A. Brockmeier, by and through her undersigned counsel and files her Notice of Withdrawal of Notice of Substitution of Counsel filed on January 18, 2016.

    Dated: January 18, 2015

                                                  Respectfully submitted,
                                                  s/Jeffrey D. Jensen, Esquire
                                                  **JEFFREY D. JENSEN, ESQUIRE**
                                                  Bar #0021017 - E-mail: jjensen@unicesalzman.com
                                                  **UNICE SALZMAN JENSEN, P.A.**
                                                  Patriot Bank Building, Second Floor
                                                  1815 Little Road
                                                  Trinity, FL 34655
                                                  Phone (727)723-3772
                                                  Facsimile (727)723-1421
                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFTY** that on this 18th day of January, 2016, I electronically filed the foregoing using the CM/ECF system which will automatically send notification of such filing to the following counsel of record:

Christopher W. Deering, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
420 20th Street North, Suite 1900
Birmingham, AL 35203
christopher.deering@ogletreedeakins.com

                                                       s/ Jeffrey D. Jensen, Esquire
                                                              Attorney

.